# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Lena Mae Petersheim            CHAPTER 12
         John F. Petersheim

           BKY. NO. 20-10990 MDC

Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture and index same on the master mailing list.

           Respectfully submitted,
           **/s/ Rebecca A. Solarz Esquire**
           Rebecca A Solarz, Esquire
           Kevin G. McDonald, Esquire
           KML Law Group, P.C.
           701 Market Street, Suite 5000
           Philadelphia, PA 19106-1532
           (215) 627-1322