UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    :
JOHN F. PETERSHEIM                                  :
LENA MAE PETERSHEIM                                 :         CHAPTER 12
                                                    :
            Debtor                                  :         No. 20-10990

## CERTIFICATE OF SERVICE

    I, Mitchell A. Sommers, Esquire, P.C., hereby certify that I served a true and correct copy of the Notice Rescheduling Meeting of Creditors in the above-captioned matter upon the persons and in the manner set forth below:

**Service by First Class Mail, Postage Pre-Paid**:

Scott Waterman, Trustee (VIA ECF)        All Creditors listed on matrix
2901 ST Lawrence Avenue
Reading, PA 19606

John and Lena Petersheim
350 S Sandy Hill Road
Coatesville PA 19320-1179

                                                          s/Mitchell A. Sommers
                                                          Mitchell A. Sommers, Esquire
                                                          Attorney for Debtor
                                                          Attorney I.D. No. 38505
                                                          107 West Main Street
                                                          Ephrata, PA 17522
                                                          (717) 733-6607

Date:   April 9, 2020