UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :
JOHN F. PETERSHEIM                    :    Chapter 12
LENA MAE PETERSHEIM                   :
                        Debtor        :    NO. 20-10990


**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**


TO:   CLERK, UNITED STATES BANKRUPTCY COURT

       PLEASE NOTE that, pursuant to Bankruptcy Rule 9010(b), Susan P. Peipher, Esquire and

the law firm of Blakinger Thomas, PC appear for John S. and Sadie E. Beiler, a party in interest

within the intent of the United States Bankruptcy Code, and request, pursuant to Bankruptcy Rule

2002(g), that all notices, given or required to be given and all papers served or required to be

served in the above-captioned case be given to and served upon the following at the office, address

and telephone number set forth below, and that the persons and addresses set forth below be added

to the official address matrix maintained in this proceeding by the Clerk of the Court:

                    Susan P. Peipher, Esquire
                    BLAKINGER THOMAS, PC
                    28 Penn Square
                    Lancaster, PA   17603

                    Phone: (717) 299-1100
                    Fax:   (717) 299-9529
                    Email: spp@blakingerthomas.com

It is further requested that in furtherance of its right to be heard, as provided in Section 1109(b) of the Bankruptcy Code, and in addition to the notices referred to in Bankruptcy Rules 2002, 2015, 6007 and 9022, the above-designated persons be served, as stated above, with copies of all notices, correspondence, orders, applications, motions, petitions or pleadings, requests, complaints or demands, whether formal or informal, or any other documents filed with this Court that would affect, to any extent, the claims, rights or interests of John S. and Sadie E. Beiler.

This Entry of Appearance and Request for Notices, and any subsequent appearance, pleading, claim, or suit, shall not be deemed or construed to be a waiver of the right (i) to have final orders in non-core matters entered only after de novo review by a district judge, (ii) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which John S. and Sadie E. Beiler are or may be entitled, in law, or in equity, all of which rights, actions, defenses, setoffs, and recoupments John S. and Sadie E. Beiler expressly reserve.

**BLAKINGER THOMAS, PC**

Date:   April 27, 2020                    By:   _/s/ /Susan P. Peipher_____
                                          Susan P. Peipher, Esquire
                                          Attorney I.D. #87580
                                          28 Penn Square
                                          Lancaster, PA   17603
                                          Phone: (717) 299-1100
                                          Fax:    (717) 299-9529
                                          Email: spp@blakingerthomas.com
                                          Attorneys for John and Sadie Beiler

01177960 /  (15073.006)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        :
JOHN F. PETERSHEIM               :      Chapter 12
LENA MAE PETERSHEIM         :
                        Debtor          :      NO. 20-10990

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the Entry of Appearance

and Request for Notices via the CM/ECF system on the following individuals:

Mitchell A. Sommers, Esquire
107 W Main Street
Ephrata, PA 17522
717-733-6607
*Attorney for Debtor*

US Trustee's Office
833 Chestnut Street
Philadelphia, PA 19107

Scott Waterman, Trustee
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606-0410

**BLAKINGER THOMAS, PC**

Date:   April 27, 2020               By:     /s/ Susan P. Peipher
                                                    Susan P. Peipher, Esquire
                                                    Attorney I.D. #87580
                                                    28 Penn Square
                                                    Lancaster, PA 17603
                                                    Phone: (717) 299-1100
                                                    Fax: (717) 299-9529
                                                    Email: spp@blakingerthomas.com
                                                    Attorneys for John and Sadie Beiler

01177960 /  (15073.006)