UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| JOHN F. PETERSHEIM | : |
| LENA MAE PETERSHEIM | :    CHAPTER 12 |
| | : |
| Debtor | :    No. 20-10990 |

## NOTICE

**PLEASE BE ADVISED THAT THE MEETING OF CREDITORS IN THE ABOVE MATTER HAS BEEN RESCHEDULED.**

Date:  **MAY 11, 2020**       Time:  **10:00 a.m. BY PHONE.  If you would like to participate in the Meeting, please contact the Trustee's office** *Scott F. Waterman, Esquire*
Standing Chapter 13 Trustee – Reading
2901 St. Lawrence Avenue – Suite 100
Reading, PA 19606
Ph:  610-779-1313


                                          s/Mitchell A. Sommers
                                          Mitchell A. Sommers, Esquire
                                          Attorney for Debtors
                                          Attorney I.D. No. 38505
                                          107 West Main Street
                                          Ephrata, PA 17522
                                          717-733-6607

Date:   April 9, 2020