UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

May 20, 2020

To:
MITCHELL A. SOMMERS
Mitchell A. Sommers, Esquire P.C.
107 West Main Street
Ephrata, PA 17522

> In re: John F. and Lena Mae Petersheim
> Bankruptcy No. **19-10990**
> Adversary No.
> Chapter **12**

Re Application to Employ Mitchell A. Sommers as Attorney

The above pleading was filed in this office on February 24, 2020. Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

```
()    Affidavit
()    Certificate of Service
(x)   Certification of no response
()    Notice pursuant to Rule 9019
()    Notice pursuant to Rule 2002
()    Notice pursuant to Rule 3007.1
()    Proof of Claim number not noted on
            objection pursuant to Rule 3007.1(a)
()    Proposed Order
()    Stipulation
()    Certification of Default
()    Other
```

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within fourteen (14) days from the date of this notice. Otherwise, the matter will be referred to the Court.

> Timothy B. McGrath
> Clerk
>
>
> By: _Jeanette Gilmore_____
>         Deputy Clerk

status.frm
(rev. 11/26/2018)