United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 20-10990-mdc
John F. Petersheim                                              Chapter 12
Lena Mae Petersheim
       Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore           Page 1 of 1           Date Rcvd: May 20, 2020
                              Form ID: pdf900           Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2020.
```
db/jdb        +John F. Petersheim,    Lena Mae Petersheim,    350 South Sandy Hill Road,
                Coatesville, PA 19320-1179
NONE           John & Sadie Beiler,    989 Mary Pots Officd Rod,    Strasburg, PA   17579
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov May 21 2020 03:05:31     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA   19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 21 2020 03:05:19
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA   17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 21 2020 03:05:25    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2020 at the address(es) listed below:
```
              MITCHELL A. SOMMERS    on behalf of Joint Debtor Lena Mae Petersheim msommers@ptd.net,
               kjober@ptd.net
              MITCHELL A. SOMMERS    on behalf of Debtor John F. Petersheim msommers@ptd.net, kjober@ptd.net
              REBECCA ANN SOLARZ    on behalf of Creditor    United States of America, acting through the Farm
               Service Agency, U.S. Department of Agriculture bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 12)    on behalf of   SCOTT F. WATERMAN (Chapter 12)
               ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 12)    ECFMail@ReadingCh13.com
              SUSAN P. PEIPHER    on behalf of   John & Sadie  Beiler spp@blakingerthomas.com,
               pds@blakingerthomas.com;blt@blakingerthomas.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

```
                    UNITED STATES BANKRUPTCY COURT
                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                             May 20, 2020
```

To:
MITCHELL A. SOMMERS
Mitchell A. Sommers, Esquire P.C.
107 West Main Street
Ephrata, PA 17522

        In re: John F. and Lena Mae Petersheim
        Bankruptcy No. **19-10990**
        Adversary No.
        Chapter **12**

 Re Application to Employ Mitchell A. Sommers as Attorney

The above pleading was filed in this office on February 24, 2020. Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

  ( ) Affidavit
  ( ) Certificate of Service
  (**x**) Certification of no response
  ( ) Notice pursuant to Rule 9019
  ( ) Notice pursuant to Rule 2002
  ( ) Notice pursuant to Rule 3007.1
  ( ) Proof of Claim number not noted on
     objection pursuant to Rule 3007.1(a)
  ( ) Proposed Order
  ( ) Stipulation
  ( ) Certification of Default
  ( ) Other

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within fourteen (14) days from the date of this notice. Otherwise, the matter will be referred to the Court.

        Timothy B. McGrath
        Clerk


        By: _Jeanette Gilmore_____
          Deputy Clerk

status.frm
(rev. 11/26/2018)