IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| JOHN F. PETERSHEIM | : | Chapter 12 |
| LENA MAE PETERSHEIM | : | |
| | : | No. 20-10990 |
| Debtor/Movant | : | |

## CERTIFICATE OF NO RESPONSE

1. On February 24, 2020, I did serve a true and correct copy of the Motion to Appoint Mitchell A. Sommers, Esquire, PC as Counsel with respect to within bankruptcy.

2. Said persons were required to file an Answer with the Clerk's Office of the United States Bankruptcy Court and serve same upon Movant by 2nd of March, 2020, if said persons wished to oppose the pleadings and relief therein referenced.

3. In light of the foregoing, Movant requests this Court to enter an Order granting the Motion to Appoint Mitchell A. Sommers, Esquire, PC as Counsel in this bankruptcy case.

Respectfully submitted,

s/Mitchell A. Sommers
MITCHELL A. SOMMERS, Esquire
Attorney for the Debtor
I.D. No. 38505
107 West Main Street
Ephrata, PA  17522
717-733-6607

Date:  June 1, 2020