IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| | : | |
| JOHN F. PETERSHEIM | : | Chapter 12 |
| LENA MAE PETERSHEIM | : | |
| | : | No. 20-10990 |
| Debtor/Movant | : | |

## ORDER OF COURT PERMITTING RETENTION OF COUNSEL

AND NOW, this __9th__ day of __June__, 2020, on consideration of the Motion of Debtor;

IT IS HEREBY ORDERED AND DECREED that Mitchell A. Sommers, Esquire shall be retained as counsel to the Debtor and may submit applications for compensation pursuant to the Bankruptcy Code and the Bankruptcy Rules of Procedure.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE