United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 20-10990-mdc
John F. Petersheim                                                    Chapter 12
Lena Mae Petersheim
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Jun 09, 2020
                              Form ID: pdf900         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2020.
db/jdb         +John F. Petersheim,   Lena Mae Petersheim,   350 South Sandy Hill Road,
                 Coatesville, PA 19320-1179
NONE            John & Sadie Beiler,   989 Mary Pots Officd Rod,   Strasburg, PA   17579

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 10 2020 03:54:48     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 10 2020 03:54:40
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 10 2020 03:54:44     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                               TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2020 at the address(es) listed below:
          MITCHELL A. SOMMERS    on behalf of Joint Debtor Lena Mae Petersheim msommers@ptd.net,
           kjober@ptd.net
          MITCHELL A. SOMMERS    on behalf of Debtor John F. Petersheim msommers@ptd.net, kjober@ptd.net
          REBECCA ANN SOLARZ    on behalf of Creditor    United States of America, acting through the Farm
           Service Agency, U.S. Department of Agriculture bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 12)    on behalf of   SCOTT F. WATERMAN (Chapter 12)
           ECFMail@ReadingCh13.com
          SCOTT F. WATERMAN (Chapter 12)    ECFMail@ReadingCh13.com
          SUSAN P. PEIPHER    on behalf of   John & Sadie  Beiler spp@blakingerthomas.com,
           pds@blakingerthomas.com;blt@blakingerthomas.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :
JOHN F. PETERSHEIM                  :       Chapter 12
LENA MAE PETERSHEIM                 :
                                    :       No. 20-10990
    Debtor/Movant                   :

### ORDER OF COURT PERMITTING RETENTION OF COUNSEL

AND NOW, this __9th__ day of __June__, 2020, on consideration of the Motion of Debtor;

IT IS HEREBY ORDERED AND DECREED that Mitchell A. Sommers, Esquire shall be retained as counsel to the Debtor and may submit applications for compensation pursuant to the Bankruptcy Code and the Bankruptcy Rules of Procedure.

BY THE COURT:

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE