UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CH 12 |
| JOHN F. PETERSHEIM | ) | |
| LENA MAE PETERSHEIM | ) | No. 20-10990 |
| Debtors | ) | |

## PRAECIPE TO WITHDRAW

Please withdraw the First Amended Plan filed in the above captioned case.

Respectfully submitted,

s/Mitchell A. Sommers
Mitchell A. Sommers, Esquire
Attorney for Debtor
Attorney I.D. No. 38505
107  West Main Street
Ephrata, PA 17522

Date:  July 6, 2020