# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John F. Petersheim<br>Lena Mae Petersheim<br><br>Debtor(s) | CHAPTER 12 |
| United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture, its successors and/or assigns<br>Movant<br>vs. | NO. 20-10990 MDC |
| John F. Petersheim<br>Lena Mae Petersheim<br>Debtor(s) | 11 U.S.C. Section 362 |
| Scott F. Waterman<br>Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture, which was filed with the Court on or about **April 6, 2020**.

                 Respectfully submitted,

                 **/s/ Rebecca A. Solarz, Esquire**
                 Rebecca A. Solarz, Esquire
                 KML Law Group, P.C.
                 BNY Mellon Independence Center
                 701 Market Street, Suite 5000
                 Philadelphia, PA  19106

July 27, 2020