**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN PETERSHEIM | ) | CHAPTER 12 |
| LENA PETERSHEIM | ) | |
| Debtors | ) | Case No.: 20-10990 |
| | ) | |

**NOTICE OF OBJECTION TO CLAIM AND HEARING DATE**

John and Lena Petersheim , Debtors, have filed an Objection to the Proof of Claim you filed in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Magdeline D. Coleman on **Wednesday, September 23, 2020 at 11:30 a.m.**, in Courtroom No. 2, The Robert N.C. Nix, Federal Bldg & Courthouse, 900 Market Street, STE 214, Philadelphia,  Pennsylvania.  If you or your attorney does not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Date:   August 10, 2020

                                                                s/Mitchell A. Sommers
                                        MITCHELL A. SOMMERS, ESQUIRE
                                        Attorney for Objector
                                        Attorney I.D. #38505
                                        107 West Main Street
                                        Ephrata PA 17522