IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 12 |
| JOHN F PETERSHEIM, AND<br>LENA MAE PETERSHEIM | : CASE NO. 20-10990 MDC |
| DEBTORS, | |
| JOHN F PETERSHEIM, AND<br>LENA MAE PETERSHEIM, | : HEARING DATE AND TIME:<br>: September 23, 2020 @ 11:00 a.m. |
| MOVANTS, | |
| V. | |
| PENNSYLVANIA DEPARTMENT<br>OF REVENUE, | |
| RESPONDENT, | : RELATED TO DOCKET NO. 51 |

CERTIFICATE OF SERVICE FOR THE PENNSYLVANIA DEPARTMENT
OF REVENUE'S ANSWER TO DEBTOR'S OBJECTION TO PROOF OF CLAIM

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Response to Debtors Objection to Pennsylvania Department of Revenue's Claim, on the parties at the below addresses, on August 29, 2020 by:

**20-10990-mdc Notice will be electronically mailed to:**

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

SUSAN P. PEIPHER on behalf of John & Sadie Beiler
spp@blakingerthomas.com, pds@blakingerthomas.com;blt@blakingerthomas.com

REBECCA ANN SOLARZ on behalf of Creditor United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture
bkgroup@kmllawgroup.com

MITCHELL A. SOMMERS on behalf of Debtor John F. Petersheim
msommers@ptd.net, kjober@ptd.net

MITCHELL A. SOMMERS on behalf of Joint Debtor Lena Mae Petersheim
msommers@ptd.net, kjober@ptd.net

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 12)
ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 12) on behalf of SCOTT F. WATERMAN (Chapter 12)
ECFMail@ReadingCh13.com

**20-10990-mdc Notice will not be electronically mailed to:**

N/A

Date:   August 29, 2020                                      Respectfully submitted,


                                                             /s/ Jonathan W. Chatham
                                                             Jonathan W. Chatham
                                                             Deputy Chief Counsel
                                                             PA Department of Revenue
                                                             Office of Chief Counsel
                                                             P.O. Box 281061
                                                             Harrisburg, PA 17128-1061
                                                             PA I.D. # 209683
                                                             Phone: 717-783-3673
                                                             Facsimile: 717-772-1459