IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 12 |
| | : |
| JOHN F PETERSHEIM, AND | : CASE NO. 20-10990 MDC |
| LENA MAE PETERSHEIM | : |
| | : |
| DEBTORS, | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : HEARING DATE AND TIME |
| OF REVENUE, | : September 23, 2020 @ 11:00 a.m. |
| | : |
| MOVANT, | : |
| | : |
| V. | : |
| | : |
| JOHN F PETERSHEIM, AND | : |
| LENA MAE PETERSHEIM | : |
| | : |
| RESPONDENTS, | : RELATED TO DOCKET NO. 55 |

CERTIFICATE OF SERVICE FOR THE PENNSYLVANIA DEPARTMENT
OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED
5th AMENDED CHAPTER 12 PLAN

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Debtors' 5TH Amended Chapter 12 Plan, on the parties at the below addresses, on September 16, 2020 by:

**20-10990-mdc Notice will be electronically mailed to:**

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

SUSAN P. PEIPHER on behalf of John & Sadie Beiler
spp@blakingerthomas.com, pds@blakingerthomas.com;blt@blakingerthomas.com

REBECCA ANN SOLARZ on behalf of Creditor United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture
bkgroup@kmllawgroup.com

MITCHELL A. SOMMERS on behalf of Debtor John F. Petersheim
msommers@ptd.net, kjober@ptd.net

MITCHELL A. SOMMERS on behalf of Joint Debtor Lena Mae Petersheim
msommers@ptd.net, kjober@ptd.net

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 12)
ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 12) on behalf of SCOTT F. WATERMAN (Chapter 12)
ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 12) on behalf of Trustee SCOTT F. WATERMAN (Chapter 12)
ECFMail@ReadingCh13.com

**20-10990-mdc Notice will not be electronically mailed to:**

N/A

Date:   September 18, 2020                              Respectfully submitted,


/s/ Jonathan W. Chatham
Jonathan W. Chatham
Deputy Chief Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
PA I.D. # 209683
Phone: 717-783-3673
Facsimile: 717-772-1459