IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 12 |
| JOHN F PETERSHEIM, AND<br>LENA MAE PETERSHEIM | : CASE NO. 20-10990 MDC |
| DEBTORS, | |
| PENNSYLVANIA DEPARTMENT<br>OF REVENUE, | : HEARING DATE AND TIME<br>: October 14, 2020 @ 11:30 a.m. |
| MOVANT, | |
| V. | |
| JOHN F PETERSHEIM, AND<br>LENA MAE PETERSHEIM | |
| RESPONDENTS, | : RELATED TO DOCKET NO 46 & 55 |

**WITHDRAWAL OF THE PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 12 PLAN**

NOW COMES, the Commonwealth of Pennsylvania, Department of Revenue ("Department"), by and through its Office of Chief Counsel, and upon review of the Debtor's Seventh Amended Plan, the Department hereby withdraws its Objection to Debtor's Chapter 12 Plan.

Date:  October 13, 2020                                        Respectfully submitted,

/s/ Jonathan W. Chatham
Jonathan W. Chatham
Deputy Chief Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
PA I.D. # 209683
Phone: 717-783-3673
Facsimile: 717-772-1459