UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| JOHN F. PETERSHEIM | : Chapter 12 |
| & | : |
| LENA MAE PETERSHEIM | : |
| | : |
| Debtors | : Bankruptcy No.  20-10990MDC |

## ORDER CONFIRMING PLAN UNDER CHAPTER 12

AND NOW, upon consideration of the 7th Amended Plan submitted by Debtors on October 9, 2020 under Chapter 12 of title 11 U.S.C. and the Trustee's Report which has been filed; and it appearing that:

A.  A meeting of creditors upon notice pursuant to 11 U.S.C. 341(a) and a confirmation hearing upon notice having been held;

B.  The Plan complies with the provisions of 11 U.S.C. 1222 and 1225 and with other applicable provisions of title 11 U.S.C.; and

C.  Any fee, charge or amount required under Chapter 12 or by the Plan to be paid before confirmation has been paid;

WHEREFORE, it is ORDERED that the Plan is CONFIRMED.

IT IS FURTHER ORDERED that the Chapter 12 Trustee shall be entitled a maximum compensation the rate of five present (5%) of all payments received in this case.

BY THE COURT

October 27, 2020

Date

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge