United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 20-10990-mdc |
|---|---|
| John F. Petersheim | Chapter 12 |
| Lena Mae Petersheim | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 28, 2020 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John F. Petersheim, Lena Mae Petersheim, 350 South Sandy Hill Road, Coatesville, PA 19320-1179 |
| NONE | | John & Sadie Beiler, 989 Mary Pots Officd Rod, Strasburg, PA 17579 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Oct 29 2020 02:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 29 2020 02:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 29 2020 02:42:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Lena Mae Petersheim, 350 South Sandy Hill Road, Coatesville, PA 19320-1179 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Oct 30, 2020 | Signature: | /s/Joseph Speetjens |
|---|---|---|

District/off: 0313-2 | User: Adminstra | Page 2 of 2
Date Rcvd: Oct 28, 2020 | Form ID: pdf900 | Total Noticed: 5

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| MITCHELL A. SOMMERS | on behalf of Debtor John F. Petersheim msommers@ptd.net kjober@ptd.net |
| MITCHELL A. SOMMERS | on behalf of Joint Debtor Lena Mae Petersheim msommers@ptd.net kjober@ptd.net |
| REBECCA ANN SOLARZ | on behalf of Creditor United States of America acting through the Farm Service Agency, U.S. Department of Agriculture bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 12) | ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN (Chapter 12) | on behalf of Trustee SCOTT F. WATERMAN (Chapter 12) ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN (Chapter 12) | on behalf of SCOTT F. WATERMAN (Chapter 12) ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN (Chapter 13) | on behalf of Trustee SCOTT F. WATERMAN (Chapter 12) ECFMail@ReadingCh13.com |
| SUSAN P. PEIPHER | on behalf of John & Sadie Beiler spp@blakingerthomas.com pds@blakingerthomas.com;blt@blakingerthomas.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  :
:
    JOHN F. PETERSHEIM  : Chapter 12
    &amp;  :
    LENA MAE PETERSHEIM  :
:
        Debtors  : Bankruptcy No.  20-10990MDC

## ORDER CONFIRMING PLAN UNDER CHAPTER 12

AND NOW, upon consideration of the 7th Amended Plan submitted by Debtors on October 9, 2020 under Chapter 12 of title 11 U.S.C. and the Trustee's Report which has been filed; and it appearing that:

    A.    A meeting of creditors upon notice pursuant to 11 U.S.C. 341(a) and a confirmation hearing upon notice having been held;

    B.    The Plan complies with the provisions of 11 U.S.C. 1222 and 1225 and with other applicable provisions of title 11 U.S.C.; and

    C.    Any fee, charge or amount required under Chapter 12 or by the Plan to be paid before confirmation has been paid;

WHEREFORE, it is ORDERED that the Plan is CONFIRMED.

IT IS FURTHER ORDERED that the Chapter 12 Trustee shall be entitled a maximum compensation the rate of five present (5%) of all payments received in this case.

BY THE COURT

October 27, 2020

Date

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge