UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 12 |
| JOHN F. PETERSHEIM | : | |
| LENA M. PETERSHEIM | : | |
| | : | Bk No.: 20-10990 |
| Debtor(s) | : | |

## ORDER

AND NOW, this  15th  day of  December , 2020, upon consideration of the Application for Compensation and Reimbursement of Expenses Pursuant to §331 of the United States Bankruptcy Code ("Application").

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $5,403.50 for compensation and $278.00 for expenses for a total of $5,681.50.

BY THE COURT:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge