UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 12 |
| JOHN F. PETERSHEIM | : | |
| LENA M. PETERSHEIM | : | |
| | : | Bk No.: 20-10990 |
| Debtor(s) | : | |

# **ORDER**

AND NOW, this  24th  day of  March , 2021, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses Pursuant to §331 of the United States Bankruptcy Code ("Application").

IT IS HEREBY ORDERED that the Supplemental Application is APPROVED in the amount of $1,421.50 for compensation.

BY THE COURT:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge