UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| JOHN F. PETERSHEIM | : | Chapter 12 |
| LENA M. PETERSHEIM | : | |
| | : | Bankruptcy No.  20-10990-MDC |
| Debtors | : | |

* * * * * * *

**HEARING TO BE HELD:**
**Date:  11/16/2023**
**Time: 11:00 a.m.**
**Place: United States Bankruptcy Court**
**Robert N.C. Nix Building**
**900 Market Street, Courtroom 2**
**Philadelphia, PA 19107**

* * * * * * *

NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

    Scott F. Waterman, Esq., Standing Chapter 12 Trustee, has filed Trustee's Motion to Dismiss.

    YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)

1.    If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before November 2, 2023 you or your attorney must do ALL of the following:

    (a)  file an answer explaining your position at

        United States Bankruptcy Court
        Robert N.C. Nix Building
        900 Market Street, Suite 400
        Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b) mail a copy to the movant's attorney:

          Scott F. Waterman, Esq.
          Standing Chapter 12 Trustee
          2901 St. Lawrence Avenue
          Reading, Pennsylvania 19606
          Telephone:   (610) 779-1313
          Fax:            (610) 779-3637

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before The Honorable Magdeline D. Coleman, United States Bankruptcy Chief Judge, on Thursday, November 16, 2023 at 11:00 a.m., at United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Courtroom #2, Philadelphia, Pennsylvania 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date: October 18, 2023