**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                            :
                                                  :
    JOHN F. PETERSHEIM               :        Chapter 12
    LENA M. PETERSHEIM              :
                                                  :        Bankruptcy No.  20-10990-MDC
        Debtors                :

## **PRAECIPE**

TO THE CLERK:

     Please withdraw the Trustee's Motion to Dismiss filed on or about October 18, 2023 at

docket number 81 in the above referenced case.


                 Respectfully Submitted


Date:  December 1, 2023            */s/ Scott F. Waterman*_____
                                   Scott F. Waterman, Esq.
                                   Standing Chapter 12 Trustee