UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| JOHN F. PETERSHEIM : | Chapter 12 |
| LENA MAE PETERSHEIM : | |
| Debtor : | NO. 20-10990 |

## PRAECIPE FOR WITHDRAWAL OF APPEARANCE

TO:   CLERK, UNITED STATES BANKRUPTCY COURT

Kindly withdraw the appearance of Susan P. Peipher, Esquire as counsel for John S. and Sadie E. Beiler, a party in interest within the intent of the United States Bankruptcy Code, and remove the information listed below from the Service List:

Susan P. Peipher, Esquire
BLAKINGER THOMAS, PC
28 Penn Square
Lancaster, PA  17603
Phone: (717) 509-7239
Fax:    (717) 299-9529
Email: spp@blakingerthomas.com

BLAKINGER THOMAS, PC

Date: March 15, 2024          By:   /s/ Susan P. Peipher
                                    Susan P. Peipher, Esquire
                                    Attorney I.D. #87580

01556553 / (015073.000006)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
JOHN F. PETERSHEIM : Chapter 12
LENA MAE PETERSHEIM :
        Debtor : NO. 20-10990

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the Praecipe for Withdrawal of Appearance via the CM/ECF system on the following individuals:

Mitchell A. Sommers, Esquire
107 W Main Street
Ephrata, PA 17522
717-733-6607
*Attorney for Debtor*

US Trustee's Office
833 Chestnut Street
Philadelphia, PA 19107

Scott Waterman, Trustee
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606-0410

                                        **BLAKINGER THOMAS, PC**

Date: March 15, 2024                  By: /s/ Susan P. Peipher
                                                 Susan P. Peipher, Esquire
                                                 Attorney I.D. #87580
                                                 28 Penn Square
                                                 PO Box 1889
                                                 Lancaster, PA  17608-1889
                                                 Phone: (717) 509-7239
                                                 Fax:   (717) 299-9529
                                                 Email: spp@blakingerthomas.com

01556553 / (015073.000006)