*Form 167* (1/25)–doc 95 – 90

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    John F. Petersheim ) | Case No. 20–10990–djb |
| ) | |
| ) | |
|    Lena Mae Petersheim ) | Chapter: 12 |
| ) | |
|    Debtor(s). ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Derek J Baker , United States Bankruptcy Judge to consider:

Motion to Dismiss Case for Failure to Make Plan Payments filed by Chapter 12 Trustee SCOTT F. WATERMAN


*** RE–SCHEDULED HEARING ***


Participants can attend this hearing
either in–person at the courthouse
OR by video conference on ZoomGov.com
with JOIN Meeting ID # 161 0657 4791.


******

on: 3/25/25

at: 10:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107


Date: March 6, 2025                                                                    For The Court

                                                                                                                     Timothy B. McGrath
                                                                                                  Clerk of Court