United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                           Case No. 20-10990-djb

John F. Petersheim                                                                               Chapter 12

Lena Mae Petersheim

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2

Date Rcvd: Mar 06, 2025      Form ID: 167      Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John F. Petersheim, Lena Mae Petersheim, 350 South Sandy Hill Road, Coatesville, PA 19320-1179 |
| cr | + | Coatesville Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| NONE | | John & Sadie Beiler, 989 Mary Pots Officd Rod, Strasburg, PA 17579 |
| 14571526 | + | Coatesville Area School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14493840 | + | Farm Service Agency, 1238 County Welfare Road Suite 240, Leesport, Pa 19533-9710 |
| 14469372 | + | Fry Surveying, 21 S Hershey Avenue, Leola, PA 17540-1915 |
| 14488444 | + | John S. Beiler & Sadie E.Beiler, c/o Seth W. Hiller, Blakinger Thomas, PC, 28 Penn Square, Lancaster, PA 17603-4297 |
| 14497849 | + | John S. and Sadie E. Beiler, c/o Susan P. Peipher, Esquire, Blakinger Thomas, PC, 28 Penn Square, Lancaster, PA 17603-4297 |
| 14469373 | + | John and Sadie Beiler, 989 May Post Office Road, Strasburg, PA 17579-9729 |
| 14476704 | + | United States of America, acting through the Farm, C/O Brian C. Nicholas, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14487172 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 07 2025 01:09:56 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14469374 | ^ | MEBN | Mar 07 2025 00:22:17 | KML Law Group, PC, 701 Market Street, STE 5000-BNY Independence Center, Philadelphia, PA 19106-1538 |
| 14471618 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 07 2025 00:48:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14486588 | ^ | MEBN | Mar 07 2025 00:22:17 | Lancaster Gen Hospital, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14525391 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 07 2025 00:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14469375 | + | Email/Text: sm.rd.so.bkr@usda.gov | Mar 07 2025 00:32:00 | USDA Rural Development, PO Box 66827, Saint Louis, MO 63166-6827 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 06, 2025 | Form ID: 167 | Total Noticed: 16 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2025              Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor United States of America  acting through the Farm Service Agency, U.S. Department of Agriculture bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Coatesville Area School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| KEVIN K. KERCHER | on behalf of Joint Debtor Lena Mae Petersheim kevinkk@kercherlaw.com  kevin@kercherlaw.com |
| KEVIN K. KERCHER | on behalf of Debtor John F. Petersheim kevinkk@kercherlaw.com  kevin@kercherlaw.com |
| MITCHELL A. SOMMERS | on behalf of Debtor John F. Petersheim msommers@ptd.net  kjober@ptd.net |
| MITCHELL A. SOMMERS | on behalf of Joint Debtor Lena Mae Petersheim msommers@ptd.net  kjober@ptd.net |
| SCOTT F. WATERMAN (Chapter 12) | on behalf of Trustee SCOTT F. WATERMAN [Chapter 12] swaterman@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | on behalf of Trustee SCOTT F. WATERMAN [Chapter 12] ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN [Chapter 12] | swaterman@readingch13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

*Form 167* (1/25)−doc 95 − 90

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>    John F. Petersheim )<br>  )<br>  )<br>    Lena Mae Petersheim )<br>  )<br>    Debtor(s). ) | Case No. 20−10990−djb<br><br>Chapter: 12 |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Derek J Baker , United States Bankruptcy Judge to consider:

Motion to Dismiss Case for Failure to Make Plan Payments filed by Chapter 12 Trustee SCOTT F. WATERMAN

*** RE−SCHEDULED HEARING ***

Participants can attend this hearing
either in−person at the courthouse
OR by video conference on ZoomGov.com
with JOIN Meeting ID # 161 0657 4791.

******

on: 3/25/25

at: 10:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: March 6, 2025

For The Court

Timothy B. McGrath
Clerk of Court