UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| JOHN F. PETERSHEIM | : | Chapter 12 |
| LENA M. PETERSHEIM | : | |
| | : | Bankruptcy No.  20-10990-PMM |
| Debtors | : | |

## PRAECIPE

Kindly withdraw Trustee's Motion to Dismiss filed on or about December 11, 2024 at docket entry number 90 in the above referenced case.

Respectfully submitted,

CHAPTER 12 TRUSTEE

Date:  March 31, 2025

*/s/ Scott F. Waterman*
Scott F. Waterman, Esq.
2901 St. Lawrence Avenue
Reading, PA  19606
Telephone:  (610) 779-1313