United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10990-djb |
| John F. Petersheim | Chapter 12 |
| Lena Mae Petersheim | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 24, 2025 | Form ID: 3180F | Total Noticed: 12 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John F. Petersheim, Lena Mae Petersheim, 350 South Sandy Hill Road, Coatesville, PA 19320-1179 |
| 14493840 | + | Farm Service Agency, 1238 County Welfare Road Suite 240, Leesport, Pa 19533-9710 |
| 14469372 | + | Fry Surveying, 21 S Hershey Avenue, Leola, PA 17540-1915 |
| 14488444 | + | John S. Beiler & Sadie E.Beiler, c/o Seth W. Hiller, Blakinger Thomas, PC, 28 Penn Square, Lancaster, PA 17603-4297 |
| 14469373 | + | John and Sadie Beiler, 989 May Post Office Road, Strasburg, PA 17579-9729 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 25 2025 00:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14487172 | + | EDI: AIS.COM | Nov 25 2025 05:46:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14469374 | ^ | MEBN | Nov 25 2025 00:42:38 | KML Law Group, PC, 701 Market Street, STE 5000-BNY Independence Center, Philadelphia, PA 19106-1538 |
| 14471618 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2025 01:02:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14486588 | ^ | MEBN | Nov 25 2025 00:42:39 | Lancaster Gen Hospital, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14525391 | | EDI: PENNDEPTREV | Nov 25 2025 05:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14469375 | + | EDI: USDARHS.COM | Nov 25 2025 05:46:00 | USDA Rural Development, PO Box 66827, Saint Louis, MO 63166-6827 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 24, 2025 | Form ID: 3180F | Total Noticed: 12 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2025                      Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2025 at the address(es) listed below:

**Name**           **Email Address**

DENISE ELIZABETH CARLON
   on behalf of Creditor United States of America  acting through the Farm Service Agency, U.S. Department of Agriculture bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
   on behalf of Creditor Coatesville Area School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JONATHAN WILKES CHATHAM
   on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

KEVIN K. KERCHER
   on behalf of Joint Debtor Lena Mae Petersheim kevin@kercherlaw.com  kevinkk@kercherlaw.com

KEVIN K. KERCHER
   on behalf of Debtor John F. Petersheim kevin@kercherlaw.com  kevinkk@kercherlaw.com

MITCHELL A. SOMMERS
   on behalf of Debtor John F. Petersheim msommers@ptd.net  kjober@ptd.net

MITCHELL A. SOMMERS
   on behalf of Joint Debtor Lena Mae Petersheim msommers@ptd.net  kjober@ptd.net

SCOTT F. WATERMAN (Chapter 12)
   on behalf of Trustee SCOTT F. WATERMAN [Chapter 12] swaterman@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
   on behalf of Trustee SCOTT F. WATERMAN [Chapter 12] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 12]
   swaterman@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
   on behalf of Trustee SCOTT F. WATERMAN [Chapter 12] ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | John F. Petersheim | Social Security number or ITIN  xxx-xx-7832 |
| | First Name  Middle Name  Last Name | EIN  __-_____ |
| Debtor 2 (Spouse, if filing) | Lena Mae Petersheim | Social Security number or ITIN  xxx-xx-9057 |
| | First Name  Middle Name  Last Name | EIN  __-_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 20-10990-djb | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1228(a) is granted to:

John F. Petersheim                    Lena Mae Petersheim

11/24/25                    **By the court:** Derek J Baker
                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 12 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 12 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

**For more information, see page 2 >**

Form 3180F                    **Chapter 12 Discharge**                    page 1

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans;

- debts provided for under 11 U.S.C. § 1222(b)(5) or (b)(9) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 12 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**